UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESH MUSIC, LLC, and JOHN K. EMANUELLE,<br><br>        Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORP.,<br><br>        Defendant. | Civil Action No. 15-cv-6510-DLI-RER |

**NOTICE OF DEFENDANT MICROSOFT'S
MOTION TO DISMISS OR STRIKE IN PART DAMAGES CLAIMS IN PLAINTIFFS'
FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon its memorandum of law, dated January 8, 2016, and upon all the papers and pleadings filed in this action, defendant Microsoft Corp. will move this court before the Honorable Dora L. Irizarry, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date to be set by the court, for an Order granting its Motion to Dismiss or Strike in Part Damages Claims in Plaintiffs' First Amended Complaint[1] pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f), and granting such other and further relief as the Court deems just and proper.

Dated: New York, NY
January 8, 2016

                                          GREENBERG TRAURIG, LLP

                                          By:   /s/ Joshua L. Raskin
                                          Joshua L. Raskin
                                          200 Park Avenue
                                          New York, NY 10166
                                          Tel.: (212) 801-9200

---

[1] A true and correct copy of the First Amended Complaint (including Exhibits A and B) is attached hereto.

Ian C. Ballon (*pro hac vice* to be submitted)
Lori Chang (*pro hac vice* to be submitted)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700

Attorneys for Defendant
MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

      I, Joshua L. Raskin, hereby certify that on January 8, 2016, I caused a true and correct copy of the foregoing document to be served by ECF on counsel of record.

                                                      *s/Joshua L. Raskin*
                                                      Joshua L. Raskin