UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

YESH MUSIC, LLC, and JOHN K. EMANUELLE,   Index No.: 15-cv-6510 (DLI)(RER)

                Plaintiffs,   **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

      v.

MICROSOFT CORP.,

                Defendant.
----------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Microsoft Corp.

Dated: February 25, 2016
       New York, New York

| **GREENBERG TRAURIG, LLP** | **GARBARINI FITZGERALD P.C.** |
|---|---|
| By: _/s/ Lori Chang_<br>Lori Chang<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: 310.586.3863 | By: _/s/ Richard M. Garbarini_<br>Richard M. Garbarini<br>250 Park Avenue, 7th Floor<br>New York, New York 10177<br>Telephone: 212.300.5358 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |